# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LEON T. BULLEN,** *et al.*, | * | |
|     **Plaintiff,** | * | **Civil Action No.:** |
| | | **(Removed from Circuit Court of Maryland for Prince George's County Case No. CAL20-12208)** |
| v. | * | |
| **HARBOR FREIGHT TOOLS USA, INC.** | * | |
|     **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT HARBOR FREIGHT TOOLS USA, INC.'S NOTICE OF REMOVAL

Defendant, Harbor Freight Tools USA, Inc. ("Harbor Freight Tools" or "Defendant"), by and through undersigned counsel, gives notice to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 that it is removing the above-captioned case, *Leon T. Bullen, et al. v. Harbor Freight Tools USA, Inc.*, No. CAL20-12208 from the Circuit Court of Maryland for Prince George's County to the United States District Court for the District of Maryland. In support of its action to remove, Harbor Freight Tools states as follows:

## INTRODUCTION

1. On or about May 26, 2020, Plaintiffs, Leon and Angela Bullen, individually and as parents and next friends of minor child W.B., filed this action in the Circuit Court for Prince George's County entitled *Leon T. Bullen, et al. v. Harbor Freight Tools USA, Inc.*, No. CAL20-12208. Pursuant to 28 U.S.C. § 1446(a), a copy of all process and pleadings served upon Harbor Freight Tools in the state court action are attached to this Notice as **Exhibit 1**.

2. Harbor Freight Tools was served with a Writ of Summons and the Complaint on or about October 14, 2020.

3. Harbor Freight Tools filed its Answer to the Complaint on November 12, 2020. A copy of Harbor Freight Tools' Answer is attached as **Exhibit 2**.

4. This Court has original jurisdiction over this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship of the parties and the amount in controversy, exclusive of costs and interests, is in excess of $75,000. As a result, this action is removable from the state court under the provisions of 28 U.S.C. § 1441 *et seq*.

5. This Notice of Removal is being filed within thirty (30) days after service upon Harbor Freight Tools of the Complaint and Summons and is timely filed under 28 U.S.C. § 1446(b).

6. A Notice of Filing of Notice of Removal has been filed with the Circuit Court of Maryland for Prince George's County contemporaneously herewith. A copy of that Notice of Filing is attached as **Exhibit 3**.

## FACTS AND LAW SUPPORTING REMOVAL

7. According to the Complaint, Plaintiffs are citizens and residents of the State of Alabama.

8. Harbor Freight Tools is a corporation organized and existing under the laws of Delaware with its principal place of business in California.

9. There is complete diversity of citizenship among the parties and this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

10. The amount in controversy in this matter exceeds the sum of $75,000, exclusive of interests and costs. Plaintiffs specifically seek damages "in excess of Seventy Five Thousand Dollars ($75,000) in this matter, plus costs, prejudgment interest, post judgment interest, and any other costs jointly and severally that this court deems appropriate." *See* **Ex. 1** (Compl.) at 3.

11.     Prince George's County, Maryland, where the Complaint was originally filed, is within the jurisdiction of the United States District Court for the District of Maryland.

12.     Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

13.     Accordingly, Harbor Freight Tools prays that this case be removed from the Circuit Court of Maryland for Prince George's County to the United States District Court for the District of Maryland.

14.     By filing this Notice of Removal, Harbor Freight Tools does not waive any defense that may be available to it and reserves all such defenses. If any question arises as to the propriety of the removal to this Court, Harbor Freight Tools requests the opportunity to present a brief and oral argument in support of its position that this case has been properly removed.

**WHEREFORE,** Defendant, Harbor Freight Tools USA, Inc., based upon the allegations of this Notice of Removal, requests that this case proceed in this Court, as an action properly removed from the Circuit Court of Maryland for Prince George's County and properly entered upon the docket of the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully submitted,

*/s/ Joshua F. Kahn*
Timothy L. Mullin, Jr. (Bar No. 00082)
Joshua F. Kahn (Bar No. 11213)
Daniel L. Adamson (Bar No. 21153)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 385-3411
(410) 385-3700 (fax)
jkahn@milesstockbridge.com

*Attorneys for the Defendant,*
*Harbor Freight Tools USA, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November, 2020, a copy of the foregoing **Defendant Harbor Freight Tools USA, Inc.'s Notice of Removal** was filed electronically through the Court's CM/ECF System, and copies were served first-class mail, postage prepaid, on:

Thomas E. Neary
6400 Baltimore National Pike, #197
Catonsville, MD 21228
*Attorney for Plaintiffs*

                                                */s/ Joshua F. Kahn*
                                                Joshua F. Kahn