| | | |
|---|---|---|
| LEON T. BULLEN<br>ANGELA BULLEN<br>6543 OLD RAILROAD BED RD<br>TONEY, ALABAMA 35773 | *<br><br>* | IN THE |
| Individually, and as Parents and Next Friends of ▮▮▮▮▮▮▮, a Minor | * | CIRCUIT COURT |
| Plaintiffs | * | FOR |
| v. | * | PRINCE GEORGE'S COUNTY |
| | * | Case No. |
| HARBOR FREIGHT TOOLS USA, INC.<br>3491 MISSIONOAKS BLVD<br>CAMARILLO, CALIFORNIA 93012 | .<br><br>* | |
| Defendant | * | |
| Serve on: | * | |
| CORPORATE CREATIONS NETWORK, INC.<br>#700<br>2 WISCONSIN CIRCLE<br>CHEVY CHASE, MARYLAND 20815 | *<br><br>* | |
| Resident Agent | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

NOW COMES, Plaintiffs, Leon T. Bullen and Angela Bullen, Individually and as Parents and Next Friends of ▮▮▮▮▮▮▮ by and through counsel, Thomas E. Neary, hereby commences this suit against the Defendant and for reasons states as follows:

1. That the Plaintiffs, Leon T. Bullen and Angela Bullen are the natural parents and guardians of ▮▮▮▮▮▮▮

2. That the Defendant is a corporation doing business in the State of Maryland as the

−1−

operators of retail stores and a seller of tools.

3. That on August 2, 2013, Mr. Bullen and his then 2 year old son, ███ were lawful business invitees of the Harbor Freight store located at 338 Domer Ave, Laurel, MD 20707. Mr. Bullen was a customer looking to purchase tools from the store. While shopping, their search through the store took them down the aisle for heavy power tools and shop hoists.

4. That on that date and time, one of the shop hoists were put into an assembled position by an agent, servant, and or employee of the Defendant so as to appear as if it was properly set up. The employees at that store location, however, failed to fully assemble the hoist by failing to properly insert bolts or other similar fasteners leaving it balanced precariously.

5. That due to the missing fasteners, the heavy hoist was a hazard created by the Defendant that fell on the minor, ███ shattering the thumb on his dominant hand.

6. That as a result of the negligence of the Defendants, the Plaintiffs were caused to suffer damages including physical injuries to the minor Plaintiff. The minor Plaintiff was also forced to undergo additional substantial treatment and incur damages including life long impairment and pain and suffering.

7. That all of the Plaintiff's injuries and damages were caused and were a direct result of the negligence, carelessness and recklessness of the Defendant without any negligence of the Plaintiffs contributing.

## COUNT ONE

Plaintiffs reallege and incorporate by reference all those facts and allegations in paragraphs 1 through 7

above and further alleges:

1. That as a result of the incident, the minor Plaintiff was caused to suffer and sustain severe, painful and permanent injuries about his head, body and limbs, and caused to seek medical care and attention for his injuries and suffered shock to his nerves and nervous system, and was otherwise damaged. The Plaintiffs were caused to suffer economic damages as well as pain and suffering.

2. That all of the Plaintiff's injuries and damages were caused and were a direct result of the negligence, carelessness and recklessness of the Defendant in the following respects:

    (a) failing to properly maintain their premises;

    (b) creating a dangerous condition;

    (c) Defendant was otherwise negligent, reckless and careless, proximately causing injuries and damages suffered by the Plaintiff with no negligence or want of due care on the part of the Plaintiff thereunto contributing.

All of the Plaintiff's losses were, are and will be due solely to and by reason of the carelessness and negligence of the Defendant without any negligence or want of due care on the Plaintiff's part contributing thereto.

WHEREFORE, this Plaintiff claims damages in excess of Seventy Five Thousand Dollars ($75,000) in this matter plus costs, prejudgment interest, post judgment interest, and any other costs jointly and severally that this court deems appropriate.

Respectfully submitted,

THE LAW OFFICE OF THOMAS E. NEARY

_____

THOMAS E. NEARY
6400 Baltimore National Pike, # 197
Catonsville, MD 21228
443-543-6767
tom@tomnearylaw.com
*Attorney for Plaintiff*
CPF 9912150252

| | | |
|---|---|---|
| LEON T. BULLEN <br> ANGELA BULLEN <br> 6543 OLD RAILROAD BED RD <br> TONEY, ALABAMA 35773 | * <br><br> * | IN THE |
| Individually, and as Parents and Next Friends of ▇▇▇▇▇▇, a Minor | * | CIRCUIT COURT |
| Plaintiffs | * | FOR |
| v. | * | PRINCE GEORGE'S COUNTY |
| | * | Case No. |
| HARBOR FREIGHT TOOLS USA, INC. <br> 3491 MISSIONOAKS BLVD <br> CAMARILLO, CALIFORNIA 93012 | * | |
| Defendant | * | |
| Serve on: | * | |
| CORPORATE CREATIONS NETWORK, INC. <br> #700 <br> 2 WISCONSIN CIRCLE <br> CHEVY CHASE, MARYLAND 20815 | * <br><br> * | |
| Resident Agent | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*
\*

## **JURY DEMAND**

NOW COMES, Plaintiffs, Leon T. Bullen and Angela Bullen, Individually and as Parents and Next Friends of ▇▇▇▇▇▇ by and through counsel, Thomas E. Neary, and hereby demands a jury trial in this matter.

Respectfully submitted,

THE LAW OFFICE OF THOMAS E. NEARY

*[signature]*

THOMAS E. NEARY
6400 Baltimore National Pike, # 197
Catonsville, MD 21228
443-543-6767
tom@tomnearylaw.com
*Attorney for Plaintiff*
CPF 9912150252

OCT 1 4 2020